■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. STEVEN MARK TARSHIS, Admitted in 1972, at a Term of the Appellate Division, Second Department. [746 NYS2d 900] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [*See* 257 AD2d 127.]

(June 27, 2002)

■ MAURO FRANCIOSA et al., Respondents, v 145 SOUTH FIFTH CORP. et al., Defendants. BREADBAR, GARFIELD & SCHMELKIN, Nonparty Appellant. (And a Third-Party Action.) [743 NYS2d 874] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered February 27, 2001, which denied nonparty appellant's motion to vacate its previous order, entered January 24, 2001, which ordered counsel to reduce its fees in the amount of $14,408.43 and to remit same to plaintiffs, unanimously affirmed, without costs.

We agree with the motion court that the claim at issue, for additional attorney's fees representing a share of the value of the lien waiver, must be deemed waived since counsel failed to specifically disclose his intent to claim such an additional fee at the time of the settlement conference. We need not address at this time the question of whether such an additional fee is ever permissible. Concur—Williams, P.J., Saxe, Ellerin, Lerner and Friedman, JJ.

■ BYRON BROWN, by His Father and Legal Guardian, SAM BROWN, Plaintiff, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Defendants. WILLIAM PAGAN, ESQ., Nonparty Appellant. [743 NYS2d 873] —Judgment, Supreme Court, New York County (Jose Padilla, J.), entered November 3, 2000, which imposed sanctions upon plaintiff's attorney in the amount of $10,000, the maximum authorized under 22 NYCRR subpart 130-1, unanimously modified, on the law, the facts and in the exercise of discretion, to reduce the sanction to $6,000, and as so modified, affirmed, without costs.

Upon examination of the record, we find the amount of the sanction imposed excessive to the extent indicated. Concur—Williams, P.J., Tom, Saxe, Rosenberger and Wallach, JJ.